HONORABLE ROBERT S. LASNIK

13-CR-00197-AF

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WENDY CARLISLE WILLIAMS,<br><br>　　　　Defendant. | Cause No. CR13-197 RSL<br><br>**ORDER DIRECTING UNITED STATES MARSHAL SERVICE TO PROVIDE AIR FARE AND TRAVEL EXPENSES** |

　　This matter having come before the Court on motion of the Defendant above named, and it appearing that the Court has scheduled to enter an guilty plea on December 18, 2013 and thereafter meet with U.S. Probation, that she resides out of this District in Canoga Park, California, and that she is financially unable to provide for her transportation to attend the proceedings in this District,

　　NOW THEREFORE it is ordered that the United States Marshal shall provide the Defendant with round trip air fare from Los Angeles to Seattle and subsistence expenses so that she may attend her plea revision hearing and meet with U.S. Probation on December 18, 2013.

//

//

ORDER DIRECTING U.S. MARSHAL
SERVICE TO PROVIDE AIR FARE - 1

\\Gil-desktop\officeshare\Levy\Carlisle\travel
order.doc

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670　Fax: (206) 448-2252

DATED THIS 11th day of December, 2013

_____
HONORABLE ROBERT S. LASNIK
U.S. DISTRICT JUDGE

Presented by:

/s/ Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER DIRECTING U.S. MARSHAL
SERVICE TO PROVIDE AIR FARE - 2

\\Gil-desktop\officeshare\Levy\Carlisle\travel order.doc

**Gilbert H. Levy**
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (206) 448-2252